1
2
3
4
5
6                      IN THE UNITED STATES DISTRICT COURT

7                     FOR THE EASTERN DISTRICT OF CALIFORNIA

8    UNITED STATES OF AMERICA,        )      Case №: 5:23-MJ-00044-2-CDB
                                      )
9              Plaintiff,             )              **O R D E R**
                                      )        **APPOINTING COUNSEL**
10        vs.                         )
                                      )
11   CESAR AYON GAMBOA,               )
                                      )
12             Defendant.             )
                                      )
13   _____ )

14        The above named Defendant has, under oath, sworn or affirmed as to his financial

15   inability to employ counsel or has otherwise satisfied this Court that he is financially unable to

16   obtain counsel and wishes counsel be appointed to represent him.  Therefore, in the interests of

17   justice and pursuant to the U.S. CONST., amend VI and 18 U.S.C. § 3006A,

18        IT IS HEREBY ORDERED that Monica Bermudez be appointed to represent the above
19
20   defendant in this case, effective *nunc pro tunc* to November 16, 2023, for the arraignment and

21   detention hearing only.

22   IT IS SO ORDERED.

23
     Dated:   **November 17, 2023**        _____
24
                                           UNITED STATES MAGISTRATE JUDGE
25
26
27
28