Monica L. Bermudez, BAR #275434
Attorney at Law
1670 "M" St
Bakersfield, CA 93306
Telephone: 661-616-2141
Facsimile: 661-322-7675

Attorney for Defendant Cesar Ayon Gamboa

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Cesar Ayon Gamboa,<br><br>Defendant. | No. 5:23-mj-00044-CDB<br><br>**MOTION TO TERMINATE CJA APPOINTMENT OF MONICA L BERMUDEZ AS ATTORNEY OF RECORD [PROPOSED ORDER]** |

On November 15, 2023, Defendant Cesar Ayon Gamboa was indicted on federal charges. CJA Panel Attorney Monica L. Bermudez was appointed to represent Mr. Gamboa on November 16, 2023, for the arraignment and detention hearing only. Having completed her representation of Mr. Gamboa, CJA attorney Monica L. Bermudez now moves to terminate her appointment under the Criminal Justice Act.

Should Mr. Gamboa require further legal assistance then he is advised to contact the Office of the Federal Defender for the Middle District of North Carolina at 301 North Elm Street Suite 401 Greensboro, NC 27401. Their phone number is (336) 333-5455.  If appropriate, the

office will arrange for the reappointment of counsel to assist Defendant.

Dated: 01/30/2024                                    Respectfully submitted,

                                                     */s/ Monica L. Bermudez*
                                                     Monica L. Bermudez,
                                                     Attorney for Defendant
                                                     Cesar Ayon Gamboa

## [~~PROPOSED~~] ORDER

Having reviewed the notice and found that attorney Monica L. Bermudez has completed the services for which she was appointed, the Court hereby grants attorney Monica L, Bermudez's request for leave to withdraw as defense counsel in this matter. Should Defendant seek further legal assistance, Defendant is advised to contact the Office of the Federal Defender for the Middle District of North Carolina at 301 North Elm Street Suite 401 Greensboro, NC 27401. Their phone number is (336) 333-5455. If appropriate, the office will arrange for the reappointment of counsel to assist Defendant.

The Clerk of Court is directed to serve a copy of this order on Defendant Cesar Ayon Gamboa at the following address and to update the docket to reflect Defendant's pro se status and contact information.

Orange County Detention Center
106 E. Margaret Lane
Hillsborough, NC 27278

IT IS SO ORDERED.

Dated:   **January 30, 2024**                        _____
                                                     UNITED STATES MAGISTRATE JUDGE